

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton  312-435-5670
Clerk

Jeffrey L. Raizner

Re: Avery v. National Collegiate et al.,

USDC Number: 20 cv 55

MDL Number: 2492

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Southern District of Indiana. The case number assigned to the above case is 20 CV 55. Judge Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By: L. Springer
    Deputy Clerk